**Richard B. Myers, OSB No. 131264**
richard@bennetthartman.com
BENNETT HARTMAN, LLP
210 SW Morrison Street, Suite 500
Portland, Oregon 97204-3149
Telephone: (503) 546-9623
Of Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| LARAE ERNST, JENNIFER NAJERA, AMANDA SMITH, and DANIEL SOKOL,<br><br>                Plaintiffs,<br><br>v.<br><br>COMMONSPIRIT HEALTH,<br><br>                Defendant. | Case No.: 6:23-cv-00580-MK<br><br>**STIPULATION TO AWARD TO PLAINTIFFS OF ATTORNEY FEES INCURRED AS A RESULT OF REMOVAL** |

This stipulation comes before the Court on the order to remand this matter to state court.

On July 10, 2024, U.S. District Judge Ann Aiken adopted Judge Kasubhai's findings and recommendation without modification, and, therefore, ordered that this

Page 1 – STIPULATION TO AWARD TO PLAINTIFFS OF ATTORNEY
          FEES INCURRED AS A RESULT OF REMOVAL

matter be remanded to the Oregon Circuit Court for the County of Marion. Judge Aiken further ordered Plaintiffs to file a motion for an award of attorney fees incurred as a result of removal to be paid by Defendant.

Following remand, the parties agreed to stipulate to a reduced award of attorney fees. The parties now hereby stipulate and agree that this Court shall award attorney fees to Plaintiffs in the amount of $15,000, and that such award shall fully resolve any claim for attorney fees or costs arising from Judge Aiken's order dated July 10, 2024.

DATED: July 24, 2024.

| BENNETT HARTMAN, LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| s/Richard Myers | s/Devin Smith |
| Richard B. Myers, OSB No. 131264 | Devin Smith, WSBA No. 42219 |
| 503.546.9623 | 206.757.8091 |
| richard@bennetthartman.com | devinsmith@dwt.com |
| Of Attorneys for Plaintiffs | Of Attorneys for Defendant |

## **DECLARATION OF SERVICE**

I hereby certify I served the foregoing STIPULATION TO AWARD TO PLAINTIFFS OF ATTORNEY FEES INCURRED AS A RESULT OF REMOVAL upon the following persons:

>Paula Lehmann
>paulalehmann@dwt.com
>Sarah Ames Benedict
>sarahbenedict@dwt.com
>Katie Rosen
>katierosen@dwt.com
>Devin Smith
>devinsmith@dwt.com
>Boris Gaviria
>borisgaviria@dwt.com
>Davis Wright Tremaine LLP
>1300 SW Fifth Avenue, Suite 2400
>Portland, Oregon 97201
>Of Attorneys for Defendant

on July 24, 2024, by the following method:

>X    via CM/ECF

>DATED: July 24, 2024.

BENNETT HARTMAN, LLP

s/Richard Myers
Richard B. Myers, OSB No. 131264
richard@bennetthartman.com
Of Attorneys for Plaintiffs
